IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 20-CR-30047-NJR |
| vs. | ) | |
| | ) | |
| DAVID A. HANSFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and enters into the following Stipulation of Facts with Defendant:

1. On September 2, 2019, C.R. was driving on Highway 70 in Bond County and observed a truck lose control on the highway and roll over multiple times.

2. C.R. pulled over in his 2014 Chevrolet Silverado with Ohio registration HGV1646 to help the driver of that truck.

3. The driver of that truck, later identified as Defendant, brandished a firearm and took C.R.'s Chevrolet Silverado.

4. When Defendant was later apprehended, he was in possession of a Smith and Wesson M&P Bodyguard .380 firearm, serial number KEY4291.

5. The Chevrolet Silverado and Smith and Wesson M&P Bodyguard firearm had been previously transported in interstate or foreign commerce.

6. Prior to September 2, 2019, Defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knew that he had been convicted of such a crime.

7. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not necessarily an exhaustive account of the relevant conduct.

8. All relevant events occurred within the Southern District of Illinois.

**SO STIPULATED**

| | |
|---|---|
| *David A. Hansford* | STEVEN D. WEINHOEFT<br>United States Attorney<br><br>*Laura V. Reppert* |
| DAVID A. HANSFORD<br>Defendant   10-5-20 | LAURA V. REPPERT<br>Assistant United States Attorney |
| *Todd Schultz*<br>TODD SCHULTZ<br>Attorney for Defendant | |
| Date: 10-09-20 | Date: 11/4/20 |